■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESMOND GILLESPIE, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered on or about February 15, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Williams, Buckley and Kavanagh, JJ.